**FILED**

# UNITED STATES DISTRICT COURT
## FOR THE

DEC - 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

MAGISTRATE JUDGE NOLAN

## AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

**07CR    805**

UNITED STATES OF AMERICA )
)
NORTHERN DISTRICT OF ILLINOIS ) CASE NUMBER:_____

The undersigned Affiant personally appeared before Nan R. Nolan, a United States

Magistrate Judge, and being duly sworn on oath, states: That at Harrisburg, Pennsylvania (U.S.

District Court for the Middle District of Pennsylvania), one ASHA VERMA was charged with the

violation of 8 U.S.C. § 1324 and 18 U.S.C. § 371 for the offenses of knowingly conspiring to

commit an offense and to defraud the United States; to wit: operating together to bring and attempt

to bring unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens'

illegal status, and that on the basis of Affiant's investigation and information received concerning

the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the

arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

**FILED**

December 6, 2007

DEC  6 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.**

SCOTT BISHOP, Special Agent
Immigration and Customs Enforcement

Subscribed and Sworn to before me this
6th day of December, 2007.

_____
United States Magistrate Judge

CHRISTOPHER R. MCFADDEN
Assistant U.S. Attorney

Bond set [or recommended] by issuing Court at _____

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

      vs.

CR. NO.   07-MJ-138

ASHA VERMA            WARRANT FOR ARREST

To: The United States Marshal
    and any Authorized United States Officer

      YOU ARE HEREBY COMMANDED to arrest ASHA VERMA

and bring him or her forthwith to the nearest magistrate to answer a(n)

[] Indictment    [] Information        [X] complaint

[]Court Order        [] Violation Notice     [] Bail Violation Petition

charging the defendant with (brief description of offense)

knowingly conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and attempt to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status, in violation of Title 8 United States Code Section 1324 and Title 18, United States Code Section 371.

_J. Andrew Smyser_
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $_____ by _____

                         Name of Judicial Officer

United States Magistrate Judge
Title of Issuing Officer

Harrisburg, Pa.
Date and Location   Nov. 30 2007

---

**RETURN**

---

This warrant was received and executed with the arrest of the above-named Defendant at

DATE RECEIVED: _____

DATE OF ARREST: _____