# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 805 - 1 | **DATE** | 12/6/2007 |
| **CASE TITLE** | USA vs. Asha Verman | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Asha Verma appears in response to arrest on 12/06/07. Defendant informed of her rights. Enter order appointing Nathan Diamond-Falk from the Federal Defender Program/Panel as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Asha Verma is the person named in the arrest warrant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 12/12/07 at 10:30 a.m. Defendant to remain in custody pending further order of the Court.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|