## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ASHA VERMA

Case Number:

07 MJ 138
07 CR 805-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ASHA VERMA

**FILED**

DEC 12 2007
December 12, 2007
MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| NATHAN DIAMOND-FALK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Nathan Diamond-Falk | |
| FIRM | |
| LAW OFFICES OF NATHAN DIAMOND-FALK | |
| STREET ADDRESS | |
| 820 W. JACKSON SUITE 310 | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06298839 | (312) 466-9450 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☒  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒