Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 805 - 1 | **DATE** | 12/14/07 |
| **CASE TITLE** | USA vs. Asha Verma | | |

**DOCKET ENTRY TEXT**

**Enter Order:** It is further ordered that the defendant shall be transported to the Middle District of Pennsylvania in the custody of the United States Marshal, forthwith, to face the pending charges there.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|