

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS, CLERK**

OFFICE OF THE CLERK
December 28, 2007

Ms. Anita A. Arledge
United States District Court
Post Office Box 983
Harrisburg, PA 17108

**RECEIVED**
HARRISBURG, PA

JAN 0 7 2008

MARY E. D'ANDREA, CLERK
Per _____

Re: USA vs. Asha Verma

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

JAN 1 4 2008
F I L E D

JAN 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_X_ Docket Sheet,
    Case No.: 07 cr 805

_X_ Order of Removal dated: 12/6/07

_X_ Affidavit in Removal

____ Final Commitment Proceedings

____ Financial Affidavit

____ Temporary Commitment

____ Order appointing counsel

____ Order setting conditions of release

____ CJA 20 Form

_X_ Detention Order

_X_ Appearance form

____ Appearance Bond

_X_ Other (see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _Yvette Pearson_
Yvette Pearson, Deputy Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ta A. Arledge
States District Court
fice Box 983
rg, PA 17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name) / Date of Delivery
arlene F Me_____

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cr805

[HARRISBURG PA 17108 USPS postmark]

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0001 7313 6485

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED JAN 11 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 606__